Steven M. Olson, Esq. (SB No. 146120)
Jacob M. Faircloth, Esq. (SB No. 305390)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorney for petitioning creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

SPICY VINES, LLC,

    Debtor.
_____/

Case No. 18-10715-RLE
(Chapter 11)

### **STIPULATION FOR ENTRY OF ORDER FOR RELIEF IN CHAPTER 11**

Douglas B. Hackett, Brush Bernard, CPAs, and Joyce Law Group, APC (hereinafter collectively the "Petitioning Creditors") having filed their Involuntary Petition initiating the above-referenced chapter 11 case; and the Petitioning Creditors and the alleged debtor, Spicy Vines, LLC (the "Debtor") having reached agreement regarding the relief requested in the Involuntary Petition; accordingly, it is

STIPULATED, that an order for relief in chapter 11 will be entered immediately, and the Debtor will thus become chapter 11 debtor-in-possession; and it is further

STIPULATED, that the Petitioning Creditors and their counsel may file and prosecute requests for allowance and payment, as chapter 11 administrative expenses, of their expenses incurred with respect to the Involuntary Petition and counsel's fees incurred with respect to the Involuntary Petition.

IT IS SO STIPULATED:

Dated: November 1, 2018        LAW OFFICE OF STEVEN M. OLSON

                                    */S/ Steven M. Olson*
                            BY: _____
                                   Steven M. Olson
                            ATTORNEY FOR PETITIONING CREDITORS

Dated: November 1, 2018        LAW OFFICE OF MICHAEL C. FALLON

BY: _/S/ Michael C. Fallon_____
   Michael C. Fallon
   ATTORNEY FOR DEBTOR

**STIPULATION FOR ENTRY OF ORDER FOR RELIEF IN CHAPTER 11 - Page 2**