Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 2, 2018**    X **/s/ Crystalyn Hoffman**
                                                Signature of individual signing on behalf of debtor

                                                **Crystalyn Hoffman**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Spicy Vines LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **18-10715** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brush Bernard, CPA 101 W North St. Accrued since Feb. 2018, CA 95448** | | **Accounting Services** | | | | **$18,344.00** |
| **Creative Labels 6650 Solacci Way Gilroy, CA 95020** | | **Vendor** | | | | **$1,873.76** |
| **Crystalyn Hoffman 441 Healdsburg Avenue Healdsburg, CA 95448** | | **Unpad Wages, Commissions or Salaries** | | | | **$15,421.00** |
| **Doug Hackett 157 Sutter Road Healdsburg, CA 95448** | | **Unpaid Wages, Commissions or Salaries** | | | | **$47,451.00** |
| **Estate of Jonathan A. Pederson** | | **Sale of Interest to the Company for Former Member** | | | | **$74,000.00** |
| **Joyce Law Group, LLP P. O.BBox 9056 La Jolla, CA 92038-9056** | | **Legal Fees** | | | | **$11,202.00** |
| **M.A. Silva USA 3433 Westwind Blvd. Santa Rosa, CA 95403** | | **Vendor** | | | | **$5,971.21** |
| **Ronald Andrews 8 Via Terracoleta Coto De Caza, CA 92679** | | **Member Loan** | | | | **$276,000.00** |
| **Wells Fargo Financial P.O. Box 98789 Las Vegas, NV 89193** | | **Credit Card** | | | | **$28,291.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 3 of 22

Fill in this information to identify the case:

Debtor name **Spicy Vines LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **18-10715**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $ 744,972.45

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................. $ 744,972.45

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 68,198.90

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 478,553.97

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b $ 546,752.87

Case: 18-10715   Doc# 7   Filed: 11/02/18   Entered: 11/02/18 14:57:16   Page 4 of 22

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | $159.60 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Wells Fargo Businss** | **Checking** | 6578 | $6,266.61 |

4.   **Other cash equivalents** *(Identify all)*

| 5.   **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $6,426.21 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Security Deposit for Tasting Room at 441 Healdsburg Ave., Healdsburg, CA  95448** | $4,000.00 |
| --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Case: 18-10715   Doc# 7   Filed: 11/02/18   Entered: 11/02/18 14:57:16   Page 5 of 22

9.     **Total of Part 2.**                                                                    | $4,000.00 |

       Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          **62,848.00**     -          **0.00**  = ....          **$62,848.00**

                                        face amount              doubtful or uncollectible accounts

---

12.     **Total of Part 3.**                                                                    | $62,848.00 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 6 of 22

**Inventory - Bulk Wine/Barrels**

**505 gal - 15' Spiced Wine - California**
**472 gal - 16' Syrah - Sierra Foothills**
**523 gal - 16' Cab - Pine Mtn.-Cloverdale Peak**
**590 gal - 16' Zinfandel - Dry Creek Valley**
**531 gal - 16' Red Blend - Dry Creek Valley**
**472 gal - 16' Cab - Pine Mtn.-Cloverdale Peak**
**674 gal - 17' Chardonnay - Los Carneros**
**236 gal - Cab Franc - Pine Mtn.- Cloverdale Peak**
**59 gal - Petite Verdot - Pine Mtn.-Cloverdale Peak**
**413 gal - 17' Red Blend - Dry Creek Valley**
**590 gal - 17' Zinfandel - Dry Creek Valley**
**590 gal - 17' Syrah - Sierra Foothills**

| | | | | |
|---|---|---|---|---|
| **Inventory - Current Costs** | | $0.00 | | $304,951.00 |

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale**<br>**Tasting Room.** | | $0.00 | | $28,338.00 |
| | **Napa Vintage Storage** | | $0.00 | | $12,951.00 |
| | **Express Wine Delivery** | | $0.00 | | $185,767.00 |

22.　　**Other inventory or supplies**

| | | |
|---|---|---|
| **Grapes Fermenting from 2018 Harvest:** **Grower: Burnett Vineyards** **Sub AVA: Dry Creek Valley** **Varietal: Zinfandel** **Grower: Burnett Vineyards** **Sub AVA: Dry Creek Valley** **Varietal: Field Blend/ Red Blend** **Amount: 5.4115 Tons** **Grower: Burnett Vineyards** **Sub AVA: Dry Creek Valley** **Varietal: Rosé (Siegneé of Red Blend)** **Amount: 500 gal** **Amount: 7.3035 Tons** | **$0.00** | **$22,251.00** |
| **Grower: Pine Mountain Vineyards** **Sub AVA: Pine Mountain - Cloverdale Peak** **Varietal: Cabernet Franc** **Amount: 2.525 Tons** **Grower: Pine Mountain Vineyards** **Sub AVA: Pine Mountain - Cloverdale Peak** **Varietal: Petite Verdot** **Amount: .498 Tons** | **$0.00** | **$8,464.00** |

23.  **Total of Part 5.**                                                               | **$562,722.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.    **Crops-either planted or harvested**

29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30.    **Farm machinery and equipment** *(Other than titled motor vehicles)*

| **Pallet Jack** | $0.00 | | $150.00 |
|---|---|---|---|

31.    **Farm and fishing supplies, chemicals, and feed**

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**

| | | | $150.00 |
|---|---|---|---|

Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

| **Furniture & Equipment** | $0.00 | | $25,366.32 |
|---|---|---|---|

40.    **Office fixtures**

| **Leashold Improvements - Tasting Room** | $0.00 | | $70,959.92 |
|---|---|---|---|

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 9 of 22

| 43. | **Total of Part 7.** | | $96,326.24 |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Ford F150 - VIN NO.**<br>**1FTFW1CF0DFA47207** | $0.00 | | $12,500.00 |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| 51. | **Total of Part 8.** | | $12,500.00 |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **Trademark and Word Marks - Serial Nos.** <br> **87054020, 87054037 and 5123258** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** <br> **spicyvines.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** <br> **BWN-CA: 16468; ABC License: 20-557878'** <br> **ABC License: 17-55878; Seller's Permit** <br> **102-141985** | **$0.00** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** <br> **Wine Club Mailing List - 311 Members; Mailing** <br> **List - 4,500 people** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** <br> **Social media following of 15,000 + people** <br> **(combined Facebook and Instagram)** <br> **@spicyvines (instagram)** <br> **Facebook.com/spicyvines** | **$0.00** | | **Unknown** |
| 65. **Goodwill** <br> **Goodwill - Brand Value - Numerous notable** <br> **press & awards** | **$0.00** | | **Unknown** |

| 66. **Total of Part 10.** | | | **$0.00** |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,426.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $62,848.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $562,722.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $150.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $96,326.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $744,972.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $744,972.45 |

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 13 of 22

| | |
|---|---|
| 8/1/18 - Elizabeth Brown - Wine Club Member | $107.54 |
| 8/28/18 - Camerin Jordan - Wine Club Member | $123.40 |
| 8/19/18 - Vinome - Wholesale Customer & A/P | $210.00 |
| 8/19/18 - Vinome - Wholesale Customer & A/P | $210.00 |
| 8/19/18 - Vinome - Wholesale Customer & A/P | $210.00 |
| 9/20/18 - Vinome - Wholesale Customer & A/P | $267.50 |
| 9/20/18 - Redback Wines Imports Ltd. | $12,876.00 |
| 10/8/18 - Bear Republic Brewing - Wholesale Customer | $144.00 |
| 10/8/18 - Bear Republic Brewing - Wholesale Customer | $432.00 |
| 10/9/18 - Sonoma County Harvest - Wholesale Customer | $210.00 |
| 10/11/18 - Underground Cellars - Wholesale Customer | $28,290.00 |
| 10/16/18 - Underground Cellars - Wholesale Customer | $75.00 |
| 10/17/18 - November Wine Club payments to be processed on or | $55,974.15 |

Thirdspace Petaluma - Wholesale Customer          $150

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Burnett Vineyards** | | |
|---|---|---|---|
| | Creditor's Name | | |

| Describe debtor's property that is subject to a lien | **Amount of claim** | **Value of collateral** |
|---|---|---|
| **Grapes** | $22,251.25 | $22,251.25 |

**27601 River Road**
**Cloverdale, CA 95425**

Creditor's mailing address

**Describe the lien**
**Grower**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15/18**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Express Wine Delivery** | | |
|---|---|---|---|
| | Creditor's Name | | |

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| **Wine Inventory** | $0.00 | $185,767.00 |

**7970 Cameron Drive**
**Windsor, CA 95492**

Creditor's mailing address

**Describe the lien**
**Warehouse**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Case: 18-10715     Doc# 7     Filed: 11/02/18     Entered: 11/02/18 14:57:16     Page 15 of 22

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

---

| 2.3 | **Manley Vineyards** |
|---|---|

Creditor's Name

**196 Fisher Lane**
**Sonoma, CA 95476**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/27/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$4,878.25**      **$4,878.25**
**Grapes**

**Describe the lien**
**Grower**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Napa Vintage Storage** |
|---|---|

Creditor's Name

**221 Devlin Road**
**Napa, CA 94558**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Accrued since Sept. 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$3,426.00**      **$12,951.00**
**Finished Wine**

**Describe the lien**
**Warehouse**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Owl Ridge Wine Services** |
|---|---|

Creditor's Name

**2064 Gravenstein Hwy N**
**Unit 120**
**Sebastopol, CA 95472**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      **$29,179.00**      **$304,951.00**
**Inventory - Bulk Wine/Barrels**

**505 gal - 15' Spiced Wine - California**
**472 gal - 16' Syrah - Sierra Foothills**
**523 gal - 16' Cab - Pine Mtn.-Cloverdale Peak**
**590 gal - 16' Zinfandel - Dry Creek Valley**
**531 gal - 16' Red Blend - Dry Creek**

**Describe the lien**

---

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 16 of 22

**Warehouse Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.6 | **Pine Mountain Vineyards** | Describe debtor's property that is subject to a lien | $8,464.40 | $8,464.40 |

Creditor's Name

**25475  Cloverdale Peak
Cloverdale, CA 95425**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Grapes**

**Describe the lien**
**Grower**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15/18**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$68,198.90** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Spicy Vines LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **18-10715**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Brush Bernard, CPA**<br>**101 W North St.**<br>**Accrued since Feb. 2018, CA 95448**<br><br>Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Accounting Services__<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,344.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Creative Labels**<br>**6650 Solacci Way**<br>**Gilroy, CA 95020**<br><br>Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor__<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,873.76** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Crystalyn Hoffman**<br>**441 Healdsburg Avenue**<br>**Healdsburg, CA 95448**<br><br>Date(s) debt was<br>incurred __Accrued since Jan. 2018__<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Unpad Wages, Commissions or Salaries__<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,421.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Doug Hackett**<br>**157 Sutter Road**<br>**Healdsburg, CA 95448**<br><br>Date(s) debt was<br>incurred __Accrued Since Jan. 2018__<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Unpaid Wages, Commissions or Salaries__<br>Is the claim subject to offset? ■ No ☐ Yes | **$47,451.00** |

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 18 of 22

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,000.00** |
|---|---|---|---|

**Estate of Jonathan A. Pederson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sale of Interest to the Company for Former Member**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,202.00** |
|---|---|---|---|

**Joyce Law Group, LLP**
**P. O.BBox 9056**
**La Jolla, CA 92038-9056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,971.21** |
|---|---|---|---|

**M.A. Silva USA**
**3433 Westwind Blvd.**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276,000.00** |
|---|---|---|---|

**Ronald Andrews**
**8 Via Terracoleta**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,291.00** |
|---|---|---|---|

**Wells Fargo Financial**
**P.O. Box 98789**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2016**

Last 4 digits of account number  **2652**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 478,553.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 478,553.97 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement and Incentive Percentage Interest, Percentage Interest and Proficts Interest Restricted Interest Agreement: $85,000 per year guaranteed** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Crystalyn Hoffman** **441 Healdsburg Ave.** **Healdsburg, CA 95448** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement and Incentive Percentage Interest, Percentage Interest and Proficts Interest Restricted Interest Agreement: Expires April 30, 2020 ($172,916 remaining owed)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Doug Hackett** **157 Sutter Road** **Cloverdale, CA 95425** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease on 441 Healdsburg Avenue, Healdsburg, CA 95448: $76,220 remaining owed.** | |
| State the term remaining | **Lease Expires April 30, 2020** | |
| List the contract number of any government contract | | **Gloria Vigil** **437 Healsburg Avenue, Suite C** **Healdsburg, CA 95448** |

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 20 of 22

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Wine Facilities Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Vinome** |
| | List the contract number of any government contract | | **2904 El Monte Way** **Antioch, CA 94509** |

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 21 of 22

Debtor name  **Spicy Vines LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **18-10715**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |

Case: 18-10715    Doc# 7    Filed: 11/02/18    Entered: 11/02/18 14:57:16    Page 22 of 22